# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PHELAN BARDO FLEMING,<br><br>　　　　Defendant. | Case No. 2:24-CR-364-WLH<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

　　　　On October 23, 2024, Defendant Phelan Bardo Fleming made his initial appearance on the petition for revocation of supervised release and warrant for arrest. The Office of the Federal Public Defender, by Lisa LaBarre, was appointed to represented him. The government was represented by Assistant U.S. Attorney Mirelle Raza.

　　　　Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds as follows:

Mr. Fleming was previously ordered detained when he made his initial appearance in the Eastern District of Oklahoma. That Order continues in place, as no additional information was provided and Mr. Fleming submitted on the recommendation of Pretrial Services

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: October 23, 2024

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE